ORIGINAL

**FORM 2**
**COVER SHEET**

RECEIVED
AUG 11 2003
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

ECF

# In The United States Court of Federal Claims

Cover Sheet

Plaintiff(s) or Petitioner(s)
American Wandell Moving Service, L.L.C., et al. (See Attachment)

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Alan F. Wohlstetter

Firm Name: Denning & Wohlstetter

03-1907C

Post Office Box:

Street Address: 815 Connecticut Ave., NW, #500

City-State-Zip: Washington, DC 20006

Telephone & Facsimile Numbers: Tel: (202) 833-8884; Fax (202) 833-8886

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of Suit Code: 1 3 4

Select only one (three digit) nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: G S A

See attached sheet for three digit codes.

Amount Claimed: $ To be proven

Use estimate if specific amount is not pleaded..

Vaccination Date (vaccine cases only) ____________

If this is case directly related to any pending or previous case, you are required to file a separate notice of directly related case(s). See RCFC 40.2.

# PLAINTIFFS

(1) American Wandell Moving Service, L.L.C.
(2) Audubon Moving & Storage, L.L.C.
(3) Quality Moving & Storage, L.L.C.
(4) Rosen Forwarders, L.L.C.
(5) Security Household Goods Forwarding, L.L.C.
(6) Security Storage & Van Co., L.L.C.
(7) Security Van Lines, L.L.C.,