ORIGINAL

ORIGINAL

FILED

AUG 1 1 2003

U.S. COURT OF FEDERAL CLAIMS

ECF

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

American Wandell Moving Systems, et al.,

Plaintiffs

v.

The United States,

Defendant

No. 03-1907C

**NOTICE OF DIRECTLY-RELATED CASE**

This action is directly related to Stevens Van Lines Inc., et. al. v. United States, No. 02-502C (consolidated) in that it involves the same procurement and similar claims arising from actions of the General Services Administration and designated military agencies.

Assignment of this action to the same judge as the related cases and consolidation of the cases for decision will conserve judicial resources and promote an efficient determination of the actions.

Respectfully submitted,

Alan F. Wohlstetter
DENNING & WOHLSTETTER
815 Connecticut Avenue, NW
Suite 500
Washington, DC 20006
Tel: (202) 833-8884
Fax: (202) 833-8886
Attorneys for Plaintiffs

Stanley I. Goldman
DENNING & WOHLSTETTER
815 Connecticut Avenue, NW
Suite 500
Washington, DC 20006

Of Counsel

Dated: August 11, 2003

# CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under penalty of perjury that on the 11th day of August, 2003, I caused to be served by United States mail (first class mail, postage prepaid), a copy of the Notice of Directly-Related Case, addressed as follows:

DAVID D'ALESSANDRIS, Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Classification Unit
1100 L Street, N.W., 8th Floor
Washington, DC 20530

Stanley I. Goldman