IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AMERICAN WANDELL MOVING SERVICE, L.L.C., et. al., Plaintiff, v. THE UNITED STATES, Defendant. | No. 03-1907C (Judge Baskir) |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of David D'Alessandris as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

David D'Alessandris
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
1100 L Street, N.W.
Room 8032

Dated: September 17, 2003

s/ David D'Alessandris

David D'Alessandris
Trial Attorney
Commercial Litigation Branch
Civil Division
Tel: (202) 307-1011
Fax: (202) 307-0972

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 17th day of September, I caused to be placed in the United States mail (first-class, postage prepaid) copies of a "NOTICE OF APPEARANCE", addressed as follows:

Alan F. Wohlstetter
DENNING & WOHLSTETTER
815 Connecticut Avenue, N.W.
Suite 500
Washington, D.C. 20006

s/ David D'Alessandris