IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMERICAN WANDELL MOVING SERVICE, L.L.C., et. al., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-1907C |
| | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT MOTION TO CONSOLIDATE
OR IN THE ALTERNATIVE TO STAY PROCEEDINGS

Pursuant to Rule 42.1 of the Court of Federal Claims, the parties respectfully request that the above captioned case be consolidated with Stevens Van Lines, Inc. et al. v. United States, No. 02-502C (Judge Baskir) ("Stevens"). This Court has already consolidated nine[1] other cases with the Stevens case. Like the previously consolidated cases, this case

---

[1] The other cases are:
A. Advantage Forwarders, et al. v. United States, No. 02-636
American Mopac International, et al. v. United States, No. 02-665
Paul Arpin Van Lines, et al. v. United States, No. 02-669
Air Land Forwarders, et al. v. United States, No. 02-716
Interstate International, et al. v. United States, No. 02-721
Interstate Van Lines, et al. v. United States, No. 02-722
Allied Freight Forwarding, et al. v. United States, No. 02-733
AAA Southern Forwarding, Inc., et al. v. United States, No. 02-787
North American Van Lines, Inc., et al. v. United States, No. 02-840.

presents the same basic operative facts and legal theories. Moreover, the legal issues involved in this case have already been fully briefed in the Stevens case.

In the alternative, the parties respectfully request that the Court stay the above captioned case. As mentioned above, the legal issues involved in this case have been fully briefed in the Stevens case. The parties believe it would be in the interests of judicial economy to stay this case pending this Court's opinion in the Stevens case.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/ Alan F. Wohlstetter
ALAN F. WOHLSTETTER
STANLEY I. GOLDMAN
DENNING & WOHLSTETTER
815 Connecticut Avenue, NW
Suite 500
Washington, DC 20006-4004
Tel.: (202) 833-8884
FAX (202) 833-8886

Dated: October 2, 2003

s/ David D'Alessandris
DAVID D'ALESSANDRIS
Trial Attorney
Commercial Litigation
Civil Department
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Fl.
Washington, DC 20530
Tel.: (202) 307-1011
FAX (202) 307-0972

Dated: October 3, 2003

CERTIFICATE OF FILING

I hereby certify that on October 3, 2003, a copy of forgoing "JOINT MOTION TO CONSOLIDATE OR IN THE ALTERNATIVE TO STAY PROCEEDINGS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David D'Alessandris