# In the United States Court of Federal Claims

Case No. 03-1907C
(Filed: October 29, 2003)

****************************************************

| | |
|---|---|
| AMERICAN WANDELL MOVING SERVICE, | * |
| L.L.C., et. al., | * |
| *Plaintiff,* | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES OF AMERICA, | * |
| *Defendant.* | * |

****************************************************

## ORDER

This Order hereby **GRANTS** the **Joint Motion to Consolidate the above-captioned case with Stevens Van Lines, Inc.,** et al. v. United States, No. 02-502C. Like the ten previously consolidated cases, this case presents the same basic operative facts and legal theories. Moreover, the legal issues involved in this case have already been fully briefed in the Stevens case. **This case is stayed pending resolution of the Stevens case.**

**Accordingly, pursuant to Rule 42(a), the above-listed cases are hereby consolidated under Stevens Van Lines, Inc., et al., v. United States.** In all future Court filings, the parties shall use only the Plaintiff Stevens Van Lines, Inc., et al. as the Plaintiffs' name in the case caption, and should file documents using only the first case number, 02-502C (consolidated).

Finally, we should note that, "consolidation under Rule 42(a) is simply a procedural device" and "does not merge [multiple] cases into a single claim, nor does it change or expand the parties' rights." *S. Cal. Fed. Sav. and Loan Assoc. v. United States*, 51 Fed. Cl. 676, 678 (2002).

**The Clerk of Court is directed to file this Order under each of the case numbers listed above. Clerk is also ORDERED to remove this case from the Electronic Case Filing Program and serve copy of this Order on Counsel by mail.**

**IT IS SO ORDERED**.

/s/ Judge Lawrence M. Baskir
LAWRENCE M. BASKIR

Judge